UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

---------------------------------------------------------------------------x
Sumaya Hussein, on behalf of herself and all others similarly situated

                            Plaintiff,

    -v.-

Kohl's, Inc.

                          Defendants.
---------------------------------------------------------------------------x

Civil Action No: 1:23-cv-16393

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel as to Plaintiff and the Defendant in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** May 7, 2024

| For Plaintiff Sumaya Hussein | For Defendant Kohl's, Inc. |
|---|---|
| */s/ Yaakov Saks*<br>Yaakov Saks<br>Stein Saks, PLLC<br>One University Plaza<br>Hackensack, NJ 07601<br>Ph: (201) 282-6500<br>ysaks@steinsakslegal.com | */s/ Joel C. Griswold*<br>Joel C. Griswold<br>Baker & Hostetler, LLP<br>200 S. Orange Ave Suite 2300<br>Orlando, FL 32801<br>Ph: (407) 649-4088<br>jcgriswold@bakerlaw.com |

## **CERTIFICATE OF SERVICE**

I certify that on May 7, 2024, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                          */s/ Yaakov Saks*
                                          Yaakov Saks
                                          **Stein Saks, PLLC**
                                          One University Plaza
                                          Hackensack, NJ 07601
                                          *Attorneys for Plaintiff*